

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Wanke, et al.,
    Plaintiff(s),

v.

Case No. 1:17cv242
( J. Dlott ; Litkovitz, M.J )

Rushmore Loan Management Services, LLC, et al.,
    Defendant(s).

## CIVIL MINUTES
### SETTLEMENT CONFERENCE (held in chambers)
### before the
### HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**DATE:** March 14, 2018      **TIME:** 9:00 am

Attorney for Plaintiff(s):_____     Attorney for Defendant(s):_____

_____ see attached sign in sheet _____

### PROCEDURES

__X__ Counsel Present with/without client(s)
__X__ Settlement conference held
_____ Settlement conference continued to _____.
_____ Court order/memorandum to follow by _____.
__X__ Other Matter not settled this date. However, on-going settlement negotiations between the parties will continue. Parties were directed to contact the Court in (2) wks by 3-28-18 for further discussions regarding settlement negotiations.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**



William Wanke, et al.,
    Plaintiff(s),

v.

Case No. 1:17cv242
(Litkovitz, M.J)

Rushmore Loan Management Services, LLC, et al.,
    Defendant(s),

---

SIGN IN SHEET (Settlement Conference)

---

Plaintiff(s) Counsel/Parties

Brian Flick (counsel)
Marc Dann (counsel)
William Wanke (Plaintiff)
Elizabeth Wanke (Plaintiff)

Defendant(s) Counsel/Parties

John Kopf (TH for Rushmore)
Tanya Henderson (Rushmore)